UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CARLA BURDEWICK, on behalf of herself and all others similarly situated,

      Plaintiff,

  v.

KOHL'S DEPARTMENT STORES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,

      Defendants.
                                  /

NO. CIV. 2:11-1355 WBS EFB

<u>ORDER RE: MOTION TO TRANSFER</u>

----oo0oo----

        On April 12, 2011, plaintiff filed the instant putative class action in the Superior Court of California for the County of San Joaquin, alleging violations of the Song-Beverly Credit Card Act of 1971, Cal. Civ. Code §§ 1747-1748.95. (Docket No. 1.) Defendant removed the action to this court on May 19, 2011.

        Two similar putative class actions under the Song-

1

Beverly Credit Card Act have been filed against defendant,[1] the first of which, <u>Whittenburg v. Kohl's Corporation</u>, Case No. 3:11-cv-02320 CRB, is currently pending in the Northern District of California.[2] (<u>See</u> Hatch Decl. ¶ 2, Ex. A (Docket No. 6-2).) Defendant seeks transfer of the instant action to the Northern District of California pursuant to 28 U.S.C. § 1404(a), arguing that it would be convenient for the parties and witnesses and in the interest of justice. <u>See</u> 28 U.S.C. § 1404(a). Defendant states that it will seek consolidation of the cases following transfer. (Mot. to Transfer at 7:1-8:4.)

       Plaintiff filed a statement of non-opposition to defendant's motion to transfer. (Docket No. 7.) In light of the prior suit involving the same issues filed first in the Northern District of California, where this action might have been brought, the court finds that the convenience of the parties and witnesses and the interest of justice weigh in favor of transfer. Accordingly, the court will grant defendant's motion to transfer.

       IT IS THEREFORE ORDERED that defendant's motion to transfer venue be, and the same hereby is, GRANTED. This action is TRANSFERRED to the United States District Court for the Northern District of California. All dates currently pending before the undersigned are hereby vacated.

---

[1] The other cases name Kohl's Corporation as the defendant. Kohl's Department Stores, Inc., is a wholly-owned subsidiary of Kohl's Corporation. (Def.'s Mot. to Transfer at 2 n.3 (Docket No. 6-1).)

[2] A motion to transfer the second case, <u>Shirvanian v. Kohl's Corporation</u>, Case No. 11-cv-0899 H NLS, from the Southern District of California to the Northern District of California, is currently pending. (Def.'s Mot. to Transfer at 1 n.2 (Docket No. 6-1); Hatch Decl. ¶ 3, Ex. B (Docket No. 6-2).)

2

1 | DATED:   August 24, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3